**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

CHARLES J. COLE,
TORBEN M. WELCH,
BEACON HEART, LLC,
HEART OF HUMANITY, LLC, and,
AVRANOC, LLC,

Defendants,

and,

THE INDIGENOUS NATIONS' BANK,
DEREK A. THIESS, and
BARRY R. TAYLOR,

Relief Defendants.

No. 26 Civ. 4945 (VSB)

---

WHEREAS, on September 11, 2026, the United States of America, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, and Courtney L. Heavey, David J. Robles, and Justin V. Rodriguez, Assistant United States Attorneys, submitted a motion seeking to intervene in this action and seeking a stay of this action, in light of the pendency of the criminal action *United States* v. *Charles Cole*, 26 Cr. 242 (VSB) (the "Criminal Case"), in which an Indictment has been filed; and

WHEREAS, no party has objected to the stay sought by the United States of America; and

WHEREAS, the Court finds that a stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the United States of America's motion to intervene is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Case; however, this stay does not prohibit plaintiff from effectuating service on any defendant or relief defendant, or from pursuing a default judgment against any defendant or relief defendant, nor does it preclude any defendant or relief defendant from answering or responding to the complaint who has not yet done so. The Clerk of Court is respectfully directed to terminate the motion at Document 25.

SO ORDERED:

Vernon Broderick
______________________________
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

October 1, 2026
__________________
DATE